UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Olympia Y. Howell, | CASE NO. 20-11702 |
| Debtor. | Judge: Eric L. Frank |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | |
| Gateway Mortgage Group, a division Of Gateway First Bank, | Chapter 13 |
| Movant, | |
| v. | |
| Olympia Y. Howell, | |
| Respondent, | |
| William C. Miller, | |
| Trustee. | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

*Gateway Mortgage Group, a division Of Gateway First Bank has filed a Motion for Relief with the court to Lift the Automatic Stay to Permit Gateway Mortgage Group, a division Of Gateway First Bank, to Foreclose on debtor's property located at 425 Unruh Avenue, Philadelphia, PA 19111.*

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **December 13, 2021**, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix Sr. Federal Courthouse
> 900 Market Street
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

       **Lois M. Vitti, Esquire**
       **Vitti Law Group, Inc.**
       **663 5th Street**
       **Oakmont, PA 15139**
       **Telephone: (412) 281-1725**

   2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled to be held before the **Honorable Eric L. Frank on December 15, 2021, at 10:00 AM (Eastern Time) United States Bankruptcy Court Eastern District of Pennsylvania, 900 Market Street, Courtroom #1, Philadelphia, PA 19107.**

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 11/22/2021             /s/ Lois M. Vitti
                   Lois M. Vitti, Esquire
                   Attorney for Movant