UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| OLYMPIA HOWELL | : | BANKRUPTCY NO.: 20-11702 |

## RESPONSE OF OLYMPIA HOWELL TO THE MOTION FOR RELIEF OF THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Denied. It is further answered that if any delinquency does exist the Debtor is desirous of curing such delinquency.

7. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order Granting Relief from the Automatic Stay in the instant Bankruptcy matter.

Dated: November 29, 2021

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #804
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008
Attorney for Debtor