UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| OLYMPIA HOWELL | : | BANKRUPTCY NO.: 20-11702 |
| | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtors' Response to the Motion for Relief on all creditors and the following parties by electronic means and/or regular US mail:

William E. Craig, Esq.
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

Dated: November 29, 2021

Brad J. Sadek, Esq.
Attorney for Debtor