UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| OLYMPIA HOWELL | : | BANKRUPTCY NO.: 20-11702 |

ORDER

AND NOW, this _____ day of _____, 2021, it is hereby Ordered and Decreed that the Movant's Motion for Relief From Automatic Stay Under Bankruptcy Code Section 362(a) is denied.

FURTHER ORDERED:


_____
J.