# Exhibit "B"



85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100  f:212.471.5150
friedmanvartolo.com

June 28, 2024

**VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL**
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com

**RE:**   Olympia Y Howell
            Bankruptcy Case No. 20-11702-amc
            Notice of Default of Stipulation

Dear Counselor:

Please be advised, this office represents as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT-V regarding the above referenced matter.

This notice is to advise that your client has not tendered timely payments in accordance with the Stipulation entered by the Court on April 5, 2022 and per the Order, is due for the following:

| | |
|---|---|
| Monthly payments 05/01/2024-06/01/2024 @ $1,440.93 | $ 2,881.86 |
| Suspense Balance | ($ 342.88) |
| Total Due and Owing good through June 25, 2024 | $ 2,538.98 |

Payment should be made by bank or certified funds and mailed directly to:
Rushmore Servicing,
PO Box 619094,
Dallas, TX 75261

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

                                                       Yours truly,
                                                       /s/ Lauren M. Moyer_____
                                                       Lauren M. Moyer, Esquire

cc:

Olympia Y Howell
425 Unruh Avenue
Philadelphia, PA 19111
Bankruptcy Debtor

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107